# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR4121-JAH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAVIER ESPINO-MERCADO, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that U.S. Probation produce a Presentence Report that addresses Defendant's conviction under 21 U.S.C. § 841(a)(1) for Distribution of Heroin, in Case No. 92CR-197006, in the District of Oregon, on January 13, 1993. Such Order shall also require U.S. Probation to obtain fingerprint records in association with that conviction for the purpose of identifying the identity of the person convicted.

DATED: August 11, 2009

_____
JOHN A. HOUSTON
United States District Judge